United States Bankruptcy Court
District of Connecticut

In re:  
Monica Lorraine Pygatt  
    Debtor

Case No. 21-30628-amn  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: agraham      Page 1 of 2  
Date Rcvd: Aug 09, 2021      Form ID: 309A      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monica Lorraine Pygatt, P.O. Box 26873, West Haven, CT 06516-0967 |
| 9311035 | + | Bank of America, Attn: Bankruptcy Dept., P.O. Box 982284, El Paso, TX 79998-2284 |
| 9311039 | + | Chase Card Services, Attn: Bankruptcy Dept., P .O. Box 15298, Columbus, OH 43215 |
| 9311042 | + | FBCS, Attn: Bankruptcy Dept., 330 South Warminster Rd., Suite 353, Hatboro, PA 19040-3433 |
| 9311040 | + | Macy's Credit & Customer Service Center, Attn: Bankruptcy Dept., 9111 Duke Blvd, Mason, OH 45040-8999 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BAMOCONNOR | Aug 09 2021 22:18:00 | Andrea M. O'Connor, Fitzgerald Attorneys at Law, P.C., 46 Center Square, East Longmeadow, MA 01028 |
| ust | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Aug 09 2021 18:13:00 | U. S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| cr | + | EDI: RMSC.COM | Aug 09 2021 22:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 9311034 | + | EDI: BL-BECKET.COM | Aug 09 2021 22:18:00 | Beckett & Lee, Attn: Amex/Hilton Honors Card, P.O. Box 3001, 16 General Warren Blvd, Malvern, PA 19355-0701 |
| 9311044 | + | Email/Text: bankruptcy@cavps.com | Aug 09 2021 18:13:00 | Cavalry Portfolio Services, Attn: Bankruptcy Dept., 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 9311037 | + | EDI: CITICORP.COM | Aug 09 2021 22:18:00 | Citibank, Attn: Bankruptcy Dept., P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 9311041 | + | EDI: WFNNB.COM | Aug 09 2021 22:18:00 | Comenity Bank, Attn: Customer Service Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 9311043 | + | Email/Text: kthompson@crownasset.com | Aug 09 2021 18:13:00 | Crown Asset Management, LLC, Attn: Bankruptcy Dept., 3100 Breckinridge Boulevard, Unit 725, Duluth, GA 30096-7605 |
| 9311038 | + | EDI: DISCOVER.COM | Aug 09 2021 22:18:00 | Discover Bank, Attn: Bankruptcy Dept., P.O. Box 3025, New Albany, OH 43054-3025 |
| 9311036 | + | EDI: RMSC.COM | Aug 09 2021 22:18:00 | Synchrony Bank/ PayPal Credit, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0205-3 | User: agraham | Page 2 of 2 |
| Date Rcvd: Aug 09, 2021 | Form ID: 309A | Total Noticed: 15 |

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2021             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea M. O'Connor | amo@fitzgeraldatlaw.com  MA59@ecfcbis.com;kz@fitzgeraldatlaw.com;mp@fitzgeraldatlaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 2

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Monica Lorraine Pygatt** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2737** <br> EIN   **81–3888836** |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Connecticut** <br> Case number:   **21–30628 amn** | | Date case filed for chapter   **7   8/3/21** |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/1/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov/).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Monica Lorraine Pygatt | |
| 2. | **All other names used in the last 8 years** | dba MLP Web Services LLC, dba DBA/ Ubiquiteez | |
| 3. | **Address** | P.O. Box 26873 <br> West Haven, CT 06516 | |
| 4. | **Debtor's attorney** <br> Name and address | Monica Lorraine Pygatt <br> P.O. Box 26873 <br> West Haven, CT 06516 | Contact phone _____ <br><br> Email:  NONE |
| 5. | **Bankruptcy trustee** <br> Name and address | Andrea M. O'Connor <br> Fitzgerald Attorneys at Law, P.C. <br> 46 Center Square <br> East Longmeadow, MA 01028 | Contact phone 413–486–1110 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

Debtor **Monica Lorraine Pygatt**  Case number **21–30628**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 157 Church Street <br> 18th Floor <br> New Haven, CT 06510 | Hours open: 9:00 a.m. – 4:00 p.m. <br> Monday – Friday <br> Contact phone: 203–773–2009 <br> Date: August 9, 2021 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 7, 2021 at 10:30 AM** <br><br> **Conference Line: 877–774–9025** <br><br> **Participant Code: 2403003** | Location: <br><br> **DUE TO COVID–19 THE MEETING OF CREDITORS WILL BE HELD TELEPHONICALLY.** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: November 8, 2021** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**